**Opinion filed April 21, 2022**



### In The

# Eleventh Court of Appeals

_____

## No. 11-20-00256-CV

_____

### SALTWATER PARTNERS #1 SWD, LLC, Appellant

### V.

### SMITH INDUSTRIES, INC. AND SALTWATER PARTNERS, LLC, Appellees

**On Appeal from the County Court at Law**
**Midland County, Texas**
**Trial Court Cause No. CC17456**

### M E M O R A N D U M   O P I N I O N

Saltwater Partners #1 SWD, LLC and Smith Industries, Inc. have filed in this court a joint motion to dismiss this appeal. In the motion, the parties state that they "have settled this dispute and wish to dismiss the Appeal." *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.


April 21, 2022                                           PER CURIAM

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.